IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

**UNITED STATES OF AMERICA**,

              Plaintiff,

v.

**RUSSEL A. MYERS,**

              Defendant.

Case No. Case No. 24-mj-2029DPR

## ORDER TO UNSEAL COMPLAINT

Upon motion of the government, and for good cause shown, the criminal complaint filed in this case on April 18, 2024, is hereby unsealed. The affidavit in support of the criminal will remain sealed pursuant to 18 U.S.C. § 3509(d)(1).

**IT IS SO ORDERED.**

  4/19/2024                                                             */s David P. Rush*
Date                                                                 DAVID P. RUSH
                                                                      United States Magistrate Judge